IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

DANNY COLLINS, individually and on behalf )
of all others similarly situated, )
                                                              )
                Plaintiff, )
                                                               )
v. )    Case No. CIV-20-01067-JD
                                                               )
SONIC CORP., a Delaware corporation )
d/b/a SONIC DRIVE-IN, )
                                                               )
                Defendant. )

## JUDGMENT

Under Federal Rule of Civil Procedure 58(a), and in accordance with the Court's Order issued this date, the Court dismisses this action with prejudice.

ENTERED this 22nd day of June 2022.

_____
JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE